# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CRYSTAL IMPORT CORP., an
Alabama corporation,

Civil No. 05-2527 (DSD / SRN)

        Plaintiff,

**ORDER**

   v.

AVID IDENTIFICATION SYSTEMS,
INC., a California corporation, and
DIGITAL ANGEL CORP., a Minnesota
corporation,

        Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 16, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted and Plaintiff has complied with the condition stated in the Report and Recommendation that it file an amended complaint that deletes all references to Defendants' patent actions.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.      Defendants' motion to stay (Doc. No. 117) is DENIED.

DATED:  February 2, 2007.

                    s/David S. Doty
                    David S. Doty
                    United States District Court Judge